1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   STEVEN ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00317-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date:  November 2, 2022 |
| STEVEN ROBERSON, | Time:  1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Laura Jean Berger, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Steven Roberson, that the Court may continue the status conference currently scheduled for July 20, 2022, at 1:00 p.m. to November 2, 2022, at 1:00 p.m. before the Honorable Sheila K. Oberto.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on July 20, 2022.

2. The government has produced initial discovery, consisting of 138 Bates-marked pages.

3. On July 9, 2022, the government extended a plea offer.

4. Defense counsel requires time to review discovery, consult with her client regarding the government's offer, and conduct necessary investigation.

1     5.      Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      6.      The government does not object to the requested continuance.

      7.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      7.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 20, 2022, to November 2, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

      **IT IS SO STIPULATED.**

                                                Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                United States Attorney

Date: July 12, 2022                             */s/ Laura Jean Berger*
                                                LAURA JEAN BERGER
                                                Assistant United States Attorney
                                                Attorney for Plaintiff


                                                HEATHER E. WILLIAMS
                                                Federal Defender

Date: July 12, 2022                             */s/ Erin Snider*
                                                ERIN SNIDER
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                STEVEN ROBERSON

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# **O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for July 20, 2022, at 1:00 p.m. is hereby continued to November 2, 2022, at 1:00 p.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 20, 2022, to November 2, 2022, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Date: 7/13/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge