1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   STEVEN ROBERSON
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   | Case No. 1:21-cr-00317-JLT-SKO
12 |        Plaintiff,           | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**
13 | vs.                         |
   |                             | Date:  January 4, 2022
14 | STEVEN ROBERSON,            | Time:  1:00 p.m.
   |                             | Judge: Hon. Sheila K. Oberto
15 |        Defendant.           |

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Laura Jean Berger, counsel for plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for Steven Roberson, that the Court may continue the

20 status conference currently scheduled for November 2, 2022, at 1:00 p.m. to January 4, 2023, at

21 1:00 p.m. before the Honorable Sheila K. Oberto.

22         The parties agree and request the Court find the following:

23         1.   By previous order, this matter was set for a status conference on November 2,

24 2022.

25         2.   The government has produced initial discovery, consisting of 138 Bates-marked

26 pages.

27         3.   On July 9, 2022, the government extended a plea offer.

28         4.   Defense counsel requires time to review discovery, consult with her client

1  regarding the government's offer, and conduct necessary investigation.

2      5.    Defense counsel believes that failure to grant the above-requested continuance
3  would deny her the reasonable time necessary for effective preparation, taking into account the
4  exercise of due diligence.

5      6.    The government does not object to the requested continuance.

6      7.    Based on the above-stated findings, the ends of justice served by continuing the
7  case as requested outweigh the interest of the public and the defendant in a trial within the
8  original date prescribed by the Speedy Trial Act.

9      7.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
10 *et seq.*, within which trial must commence, the time period of November 2, 2022, to January 4,
11 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

12 **IT IS SO STIPULATED.**

13                            Respectfully submitted,

14
                           PHILLIP A. TALBERT
15                            United States Attorney

16 Date: October 26, 2022         */s/ Laura Jean Berger*
                           LAURA JEAN BERGER
17                            Assistant United States Attorney
                           Attorney for Plaintiff
18

19                            HEATHER E. WILLIAMS
                           Federal Defender
20

21 Date: October 26, 2022         */s/ Erin Snider*
                           ERIN SNIDER
22                            Assistant Federal Defender
                           Attorney for Defendant
23                            STEVEN ROBERSON

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

# **O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for November 2, 2022, at 1:00 p.m. is hereby continued to January 4, 2023, at 1:00 p.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of November 2, 2022, to January 4, 2023, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Date: 10/27/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge