HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
STEVEN ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN ROBERSON,<br><br>Defendant. | Case No. 1:21-cr-00317-JLT-SKO<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA; ORDER**<br><br>Date:   February 27, 2023<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Steven Roberson, that the Court may vacate the status conference currently scheduled for February 1, 2023, and set this matter for a change of plea hearing on February 27, 2023, before the Honorable Jennifer L. Thurston.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on February 1, 2023.

2. The parties have reached a resolution. The defense has provided counsel for the government the signed plea agreement and counsel for the government will file the plea agreement shortly.

3. The parties therefore request that the Court vacate the February 1, 2023, status

conference and set this matter for a change of plea hearing on February 27, 2023.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 1, 2023, to February 27, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G), as the delay results from consideration by the court of a proposed plea agreement.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 25, 2023     */s/ Laurel Montoya*
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 25, 2023     */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
STEVEN ROBERSON

# O R D E R

**IT IS SO ORDERED.** The status currently scheduled for February 1, at 1:00 p.m. is vacated. A change of plea hearing is hereby set for February 27, 2023, at 10:00 a.m. before Honorable Jennifer L. Thurston. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 1, 2023, to February 27, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G),

Date: 1/25/2023     *Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge