HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
STEVEN ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00317-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | Date:   July 10, 2023 |
| STEVEN ROBERSON, | Time:   10:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Steven Roberson, that the Court may continue the sentencing hearing currently scheduled for June 20, 2023, to July 10, 2023, at 10:00 a.m.

Due to the unexpected absence of the assigned probation officer, the final Presentence Investigation Report was filed eight days late on June 7, 2023. Because the defense anticipates filing a formal objection—and because formal objections would ordinarily have been due June 6, 2023—the defense requests a continuance to allow time for drafting formal objections and a sentencing memorandum. Counsel for the government and counsel for the defense are both available July 10, 2023.

/ / /

/ / /

**IT IS SO STIPULATED.**

                    Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 14, 2023        /s/ Laurel Montoya
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 14, 2023        /s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
STEVEN ROBERSON

**O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for June 20, 2023, at 10:00 a.m. is hereby continued to July 10, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Date: June 14, 2023

Hon. Jennifer L. Thurston
United States District Judge