HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
STEVEN ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN ROBERSON,<br><br>Defendant. | Case No. 1:21-cr-00317-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date:   July 24, 2023<br>Time:   10:00 a.m.<br>Judge:  Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Steven Roberson, that the Court may continue the sentencing hearing currently scheduled for July 10, 2023, to July 24, 2023, at 10:00 a.m.

On February 27, 2023, Mr. Roberson pled guilty to a violation of 18 U.S.C. § 924(c) pursuant to a plea agreement. The Court set sentencing for June 20, 2023, at 10:00 a.m. Due to a late-filed Presentence Investigation Report, the Court later continued the sentencing hearing to July 10, 2023, at 10:00 a.m. The defense now requests an additional two-week continuance of the sentencing hearing, as the defense is awaiting receipt of additional mitigation materials. The government has no objection to this request, and both parties are available on July 24, 2023.

/ / /

/ / /

**IT IS SO STIPULATED.**

                                      Respectfully submitted,

                                      PHILLIP A. TALBERT
United States Attorney

Date: July 5, 2023                    */s/ Laurel Montoya*
                                      LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

                                      HEATHER E. WILLIAMS
Federal Defender

Date: July 5, 2023                    */s/ Erin Snider*
                                      ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
STEVEN ROBERSON

## **O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for July 10, 2023, at 10:00 a.m. is hereby continued to July 24, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **July 5, 2023**                                              
                                                        UNITED STATES DISTRICT JUDGE